IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dale A. Smith,            Case No. 3:18CV622

    Plaintiff

    v.            **ORDER**

Commissioner of Social Security,

    Defendant

This is a Social Security case in which the plaintiff, Dale Smith, appeals the Commissioner's decision denying his application for benefits.

Pending is Magistrate Judge Ruiz's Report and Recommendation (Doc. 14), which recommends that I affirm the Commissioner's decision. The Magistrate Judge advised that any objections to the R&R were due within fourteen days, but that deadline has passed without an objection from Smith. Accordingly, I conclude that Smith has forfeited his right to *de novo* review. *Amison v. Legg*, 2015 WL 853526, *1 (N.D. Ohio) (Lioi, J.).

It is, therefore

ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 14) be, and the same hereby is, adopted as the order of the court; and

2. The Commissioner's decision be, and the same hereby is, affirmed.

So ordered.

                                     /s/ James G. Carr
                                     Sr. U.S. District Judge